UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

PHILADELPHIA INDEMNITY INSURANCE           Case No.: 1:23-cv-02571-JLR
COMPANY a/s/o LUTHERN SOCIAL SERVICES
OF METROPOLITAN NEW YORK, INC.,

               Plaintiff                           **JOINT MOTION TO**
                                                              **VACATE CIVIL CASE**
  -against-                                          **MANAGEMENT PLAN**
                                                              **AND SCHEDULING**
BLUETRITON BRANDS, INC. d/b/a READY           **ORDER**
REFRESH and GLOBAL TRADEWORKS, LLC,

               Defendants,

———————————————————————X
BLUETRITON BRANDS, INC. d/b/a READY REFRESH,

               Third-Party Plaintiff,
  -against-

GLOBAL TRADEWORKS, LLC,

               Third-Party Defendant.
———————————————————————X

     The parties, by their undersigned counsel, hereby move the Court to vacate the present Civil Case Management Plan and Scheduling Order (Doc. 29). As grounds for this motion, the parties state that additional time is needed to mediate the case and that continuing with the current scheduling order would make settlement more difficult due to the necessary incursion of additional legal costs.

    Dated: September 15, 2023
    Waukesha, WI

                                  **McCOY LEAVITT LASKEY LLC**
                                  Attorneys for Defendant and Third-Party Defendant
                                  Global Trade Works, LLC

                                  By: *Electronically signed by Michael A. LoCoco*
                                      Matthew R. Rosek      Admitted *PHV*

The parties' request to pause the CMP schedule to afford the parties time to settle this matter is GRANTED but only for a short time.  IT IS HEREBY ORDERED that, no later than **September 28, 2023**, the parties shall file a letter indicating whether they have reached a settlement in principle, and if not, proposing a brief reasonable extension of the discovery deadlines with a revised CMP.

Dated: September 15, 2023
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Michael A. LoCoco    Admitted *PHV*
Riverwood Corporate Center III
N19 W24200 Riverwood Drive, Ste. 125
Waukesha, WI 53188
Telephone (262) 522-7000
Fax (262) 522-7020
mrosek@MLLlaw.com
mlococo@MLLlaw.com

AND

**LAWRENCE, WORDEN, RAINIS & BARD, PC**
Matt Rainis    MR 7282
175 Pinelawn Road, Suite 308
Melville, New York 11747
(631) 694-0033
mrainis@lwrlawyer.com

Dated: September 15, 2023
Bay Shore, New York

**FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP**
Attorneys for Plaintiff

By: *Electronically signed by Lawrence Lambert*
    Lawrence Lambert
    53 Gibson Street
    Bay Shore, New York
    Phone: 631-969-3100
    Llambert@FLWLAW.com

Dated: September 15, 2023
New York, New York

**KIERNAN TREBACH LLP**
Attorneys for Defendant and Third-Party Plaintiff BlueTriton Brands, Inc. d/b/a Ready Refresh

By: *Electronically signed by Lori F. Graybow*
    Lori F. Graybow
    40 Exchange Place, Suite 1600
    New York, New York 10005
    Phone: 332-237-7856
    lgraybow@kiernantrebach.com